# United States Court of Appeals
### For the Eighth Circuit
_____

No. 24-2524
_____

United States of America

*Plaintiff - Appellee*

v.

Thow Deng Liem

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: November 26, 2024
Filed: December 5, 2024
[Unpublished]
_____

Before SMITH, ERICKSON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Thow Deng Liem appeals after the district court[1] revoked his supervised release and sentenced him to 11 months in prison and 13 months of supervised

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

release. His counsel has moved for leave to withdraw and has filed a brief challenging the substantive reasonableness of the sentence.

We conclude that the sentence was not an abuse of discretion. See United States v. Miller, 557 F.3d 910, 917 (8th Cir. 2009) (standard of review). There is no indication that the district court failed to consider a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. See United States v. Larison, 432 F.3d 921, 923 (8th Cir. 2006) (considerations for reasonableness of sentence). Further, the revocation sentence is within the Guidelines range and afforded a presumption of reasonableness on appeal. See United States v. Perkins, 526 F.3d 1107, 1110 (8th Cir. 2008) (sentence within the Guidelines range is accorded a presumption of substantive reasonableness on appeal).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____